MARY HARRIS, Appellant, v GILBERT PITTS et al., Respondents, et al., Defendants. NORMAN DODD, Nonparty Appellant.

Submitted March 24, 2014; decided May 8, 2014

Motion, insofar as Norman Dodd seeks leave to appeal, dismissed upon the ground that he is not a party aggrieved (CPLR 5511); motion for leave to appeal otherwise denied.

HANNAH LIEBERMAN, Appellant, v ADAM LIEBERMAN, Respondent.

Submitted March 31, 2014; decided May 8, 2014

Motion for reargument of motion for leave to appeal denied [see 22 NY3d 1124 (2014)].

In the Matter of the Claim of DENISE MARTINEAU, Respondent, v LARRY ASHLINE et al., Doing Business as ASHLINE FARM, Appellants, et al., Respondent. WORKERS' COMPENSATION BOARD, Respondent.

Submitted March 31, 2014; decided May 8, 2014

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that affirmed the Workers' Compensation Board determination denying the application for reconsideration and/or full Board review, dismissed upon the ground that such portion of the order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.